FILED

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0134

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0134

_____

DENNIS VANCOS,

     Plaintiff and Appellant,

v.

STATE OF MONTANA, DEPARTMENT OF
TRANSPORTATION , and JOHN DOES, 1-50,

     Defendants and Appellees.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2023